UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

v.                                              NO. 19-25

BRITTANY BRANNON                                SECTION "F"

ORDER AND REASONS

Before the Court is the defendant Brittany Brannon's pro se motion for a sentence reduction. In the motion, Brannon seeks release to a halfway house under emergency provisions enacted by Congress in the Coronavirus Aid, Relief, and Economic Security (CARES) Act.[1]  See Pub. L. No. 116-136, § 12003(b)(2), 134 Stat. 281, 516 (2020).

I.

By its plain language, the CARES Act authorizes the Director of the Bureau of Prisons to "lengthen the maximum amount of time for which the Director is authorized to place a prisoner in home confinement" "if the Attorney General finds that emergency conditions will materially affect the functioning of the Bureau." Id.  This Court and the Director are – obviously – different

---

[1] Brannon's motion appears in the form of a vague, handwritten letter. In response to the Court's briefing order, the U.S. Attorney's Office conferred with Brannon's counsel, who "stated that he believed [that Brannon] might be seeking relief pursuant to the CARES Act." See Opp'n at 2. The Court construes Brannon's motion accordingly.

1

officials in different branches of government. Congress has clearly provided that determining when federal prisoners should be released to home confinement under emergency conditions that are negatively impacting the Bureau is *the Director*'s call to make.

As such, to the extent that this Court can even grant Brannon's indeterminate request in the first place, it should – at a minimum – insist that Brannon make some effort (or show some effort) to first petition the Director and his Bureau for the relief she seeks.

\*   \*   \*

Accordingly, IT IS ORDERED: that the defendant's motion is DENIED without prejudice to her ability to re-file after exhausting all applicable administrative remedies.

New Orleans, Louisiana, April 6, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE